IMANAKA ASATO, LLLC

STEVEN K. S. CHUNG     1751
JEANINE O. CORNWELL   9941
745 Fort Street Mall, 17th Floor
Honolulu, Hawaii  96813
Telephone No. (808) 521-9500
Facsimile No. (808) 541-9050

PILLSBURY & COLEMAN, LLP

TERRENCE J. COLEMAN   (admitted *pro hac vice*)
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone No. (415) 433-8000
Facsimile No. (415) 433-4816

Attorneys for Plaintiff
Mary Jane Connell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARY JANE CONNELL,<br><br>  Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>  Defendant. | Case No. 1:15-cv-177-HG-BMK<br>**(ERISA)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Trial Date: <u>Trial date has not been set</u><br>Judge: <u>Hon. Helen Gillmor</u> |

  Plaintiff filed this action on May 14, 2015, and Defendant has not served an answer or filed a motion for summary judgment. *See* Fed. R. Civ.

P. 41(a)(1)(A)(i).  Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff voluntarily dismisses this action with prejudice, without a court order.

Dated: August 27, 2015          PILLSBURY & COLEMAN LLP

                                  By: /s/ Terrence J. Coleman
                                       TERRENCE J. COLEMAN
                                       Attorneys for Plaintiff
                                       MARY JANE CONNELL